```
USDS SDNY
DOCUMENT                SULLIVAN, J.
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
FREDERICK RANDOLPH,            )
                               )
            Plaintiff,         )   Civil Action No.: 08 CV 4598 (GVS)
                               )
      v.                       )   Honorable Judge Sullivan
                               )
NEW TOP, INC., LUCASINI CLASSICS, )
INC. and DON JONATHAN          )
CRAVATS, INC.,                 )
                               )
            Defendant          )
-------------------------------------x

## STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

IT IS HEREBY STIPULATED AND AGREED that the time for Defendant LUCASINI CLASSICS, INC. to serve and file a response to Plaintiff's Complaint is extended for thirty (30) days from June 23, 2008 to July 23, 2008.

Dated: 6/19/08                          Dated: June 19, 2008

By: _____               By: _____
Charles von Simson (CV 1038)            Douglas A. Miro (DM 2535)
von Simson & Chin LLP                   Ostrolenk, Faber, Gerb & Soffen, LLP
62 William Street, Sixth Floor          1180 Avenue of the Americas
New York, New York 10005                New York, New York 10036
Tel: (212) 514-8645                     Tel: (212) 382-0700
Attorneys for Plaintiff                 Attorneys for Defendant


SO ORDERED
By: _____   Dated: 6/20/08
Judge Richard J. Sullivan
UNITED STATES DISTRICT JUDGE

{00939995.1}