UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FREDERICK RANDOLPH,

                      Plaintiff,

              -against-

NEW TOP, INC., LUCASINI CLASSICS, INC.,
AND DON JONATHAN CRAVATS, INC.,

                     Defendants.
------------------------------------------------------------------X

**STIPULATION**

Index No. 08-CV-4598

It is hereby stipulated and agreed to by the undersigned that the time for Defendant New Top, Inc. to answer or otherwise respond to the Complaint is hereby extended until July 23, 2008.

Dated: June 30, 2008

**LAW OFFICES OF TODD
WENGROVSKY, PLLC.**

By:_____
    TODD WENGROVSKY (TW4823)
    285 Southfield Road, Box 585
    Calverton, NY 11933
    Tel (631) 727-3400
    Fax (631) 727-3401
    *Attorney for Defendant New Top, Inc.*

**VON SIMSON & CHIN, LLP.**

By:_____
    CHARLES VON SIMSON (CV1038)
    62 William Street, Sixth Floor
    New York, NY 10022
    Tel: (212) 514-8645
    Fax (212) 514-8648
    *Attorneys for Plaintiff*

SO ORDERED.

_____
Hon. Richard J. Sullivan