USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

Sullivan, J

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
FREDERICK RANDOLPH,

                   Plaintiff,

                                                   **STIPULATION**

      -against-                                Index No. 08-CV-4598 (RJS)

NEW TOP, INC., LUCASINI CLASSICS, INC.,
AND DON JONATHAN CRAVATS, INC.,

                   Defendants.
-----------------------------------------------------------------X

     It is hereby stipulated and agreed to by the undersigned that the time for Defendant New Top, Inc. to answer or otherwise respond to the Complaint is hereby extended until July 23, 2008.

Dated: June 30, 2008

**LAW OFFICES OF TODD
WENGROVSKY, PLLC.**

By: _____
TODD WENGROVSKY (TW4823)
285 Southfield Road, Box 585
Calverton, NY 11933
Tel (631) 727-3400
Fax (631) 727-3401
*Attorney for Defendant New Top, Inc.*

**VON SIMSON & CHIN, LLP.**

By: _____
CHARLES VON SIMSON (CV1038)
62 William Street, Sixth Floor
New York, NY 10022
Tel: (212) 514-8645
Fax (212) 514-8648
*Attorneys for Plaintiff*

SO ORDERED.

_____
Hon. Richard J. Sullivan
7/7/08