UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

| | |
|---|---|
| FREDERICK RANDOLPH, ) | |
| ) | Civil Action No.: 08 CV 4598 ~~(GVS)~~ (RJS) |
| Plaintiff, ) | |
| ) | Honorable Judge Sullivan |
| v. ) | |
| ) | |
| NEW TOP, INC., LUCASINI CLASSICS, ) | [~~PROPOSED~~] ORDER FOR |
| INC. and DON JONATHAN ) | ADMISSION OF BRIAN K. BROOKEY |
| CRAVATS, INC., ) | *PRO HAC VICE* |
| ) | |
| Defendant ) | |

------------------------------------------------x



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Brian K. Brookey, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. An attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: July 15, 2008.

By: _____
Hon. Richard J. Sullivan
United States District Judge

{00940397 1}