AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 08-CV-4598

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant NEW TOP, INC.

I certify that I am admitted to practice in this court.

| 7/21/2008 | |
|---|---|
| Date | Signature |
| | Todd Wengrovsky — TW4823 |
| | Print Name — Bar Number |
| | 285 Soutfield Road, Box 585 |
| | Address |
| | Calverton — NY — 11933 |
| | City — State — Zip Code |
| | (631) 727-3400 — (631) 727-3401 |
| | Phone Number — Fax Number |