**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
FREDERICK RANDOLPH,

                Plaintiff,

                -against-

NEW TOP, INC., LUCASSINI CLASSICS, INC.
AND DON JONATHAN CRAVATS, INC.,

                Defendants.
-------------------------------------------------------------------X

                                    **DEFENDANT**
                                    **NEW TOP, INC.'S**
                                    **RULE 7.1 STATEMENT**

                                    Index No. 08-CV-4598

     Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable

District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal,

the undersigned counsel for Defendant New Top, Inc. certifies that the following are corporate

parents, affiliates, and/or subsidiaries of said party, which are publicly held:


    **NONE**.


Dated:  Calverton, New York.
       July 21, 2008

                  .                             /s/ Todd Wengrovsky
                                          Todd Wengrovsky - TW4823
                                          Law Offices of
                                          Todd Wengrovsky, PLLC.
                                          285 Southfield Road, Box 585
                                          Calverton, NY 11933
                                          Tel (631) 727-3400
                                          *Attorney for Defendant New Top, Inc.*

1