UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDERICK RANDOLPH<br><br>Plaintiff,<br><br>vs.<br><br>NEW TOP, INC., LUCASINI CLASSICS, INC. and DON JONATHAN CRAVATS, INC.<br><br>Defendants. | Civil Action No. 1:08-cv-4598-RJS<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Hon. Richard J. Sullivan |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Lucasini Classics, Inc. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

DATED: July 23, 2008

Respectfully submitted,

By /s/ Brian K. Brookey

CHRISTIE, PARKER & HALE, LLP
350 West Colorado Blvd., Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Phn: (626) 795-9900
Fax: 626-577-8800

Attorneys for Defendant,
LUCASINI CLASSICS, INC.

SCL PAS805155.1-*-07/23/08 9:50 AM

-1-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Answer of Lucasini Classics, Inc. to Complaint and Corporate Disclosure Statement** was served upon counsel on July 23, 2008 via ECF:

        Charles von Simson
        von Simson & Chin LLP
        62 William Street – Sixth Floor
        New York, New York 10005
        Email: cvs@vsandc.com

        Stephen M Chin
        von Simson & Chin LLP
        62 William Street – Sixth Floor
        New York, New York 10005
        Email: smc@vsandc.com

        Todd Wengrovsky
        Law Offices of Todd Wengrovsky, PLLC
        285 Southfield Road
        Calverton, New York 11933
        Email: contact@twlegal.com

*/s/ Limerick Luazo*

{00951097.1}